FILED BY ____ C/
05 NOV 10 AM 10: 21
CLERK ... GOULD
... DISTRICT COURT
... JACKSON

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br>       Plaintiff, <br><br> v. <br><br> ROY GARDNER, <br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)    Cr. No. **0 5 - 1 0 0 4 0 - T** |

## APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have **ROY GARDNER JR,** now being detained in the Madison County Jail, appear before the Honorable S. Thomas Anderson on **TUESDAY , 11-22-05** at **2:00 p.**m. for initial appearance and for such other appearances as this Court may direct.

Respectfully submitted this _3/st_ day of October 2005.

_(signature)_
JAMES W. POWELL
Assistant U. S. Attorney

## ORDER

Upon consideration of the foregoing Application,

David Jolley, U.S. Marshall, Western District of Tennessee, and Madison County Sheriff:

**YOU ARE HEREBY COMMANDED** to have **ROY GARDNER JR** appear before the Honorable

S. Thomas Anderson at the date and time aforementioned.

**ENTERED** this _1st_ day of _November_ 2005.

_(signature)_
**S. THOMAS ANDERSON**
**United States Magistrate Judge**

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __11/28/05__

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 1:05-CR-10040 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT